IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 08 C 2989 |
| XPRESS MATERIAL HAULERS, INC., ) | |
| an Illinois corp., ) | JUDGE MARVIN E. ASPEN |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:   Mr. Mark Gineris, Registered Agent
Xpress Material Haulers, Inc.
1488 Aberdeen Street
Chicago Heights, IL  60411

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com
I:\731exc\Xpress Haulers\#20993\notice of dismissal.jdg.df.wpd

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of May 2008:

                Mr. Mark Gineris, Registered Agent
                Xpress Material Haulers, Inc.
                1488 Aberdeen Street
                Chicago Heights, IL   60411

                                                /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\Xpress Haulers\#20993\notice of dismissal.jdg.df.wpd