# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Terrence J Hancock, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:08−cv−02989
                                                        Honorable Marvin E. Aspen

Xpress Material Haulers, Inc.

                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

        MINUTE entry before the Honorable Marvin E. Aspen DATED 5/30/07: This
action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(1) without
prejudice to the rights of plaintiffs. The status hearing set for 7/24/08 is stricken. Civil
case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.